No. 9667.  CHESTER B. ALLEN, PLAINTIFF AND RESPONDENT, v. DOROTHY V. ALLEN, DEFENDANT AND APPELLANT.

304 Pac. (2d) 621.

Decided Dec. 13, 1956.

*Oskar O. Lympus,* Missoula, for Appellant.

*D. W. McKenna,* Hamilton, for Respondent.

Per Curiam.

Pursuant to stipulation executed by the respective counsel for the respondent and appellant,

It is ordered that this appeal be, and it is dismissed, each party to the proceeding to pay his or her own costs.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON and BOTTOMLY, concur.